1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                                DISTRICT OF NEVADA

7                                        * * *

8   JANICE B. COLEMAN,              )
                                    )
9            Plaintiff,             )        2:10-cv-1509-GMN-RJJ
                                    )
10  vs.                             )
                                    )
11  DIAMOND RESORTS                 )        O R D E R
    INTERNATIONAL, LLC, etc.,       )
12                                  )
             Defendant,             )
13  _____)

14          This matter was referred to the undersigned Magistrate Judge on an Application to

15  Proceed in District Court Without Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17  thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for September 22, 2010, at

19  11:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las

20  Vegas Blvd. So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only the Plaintiff, Janice B. Coleman is required to

22  attend this hearing. Plaintiff is advised that failure to appear in court for this hearing may result

23  in a recommendation that this case be dismissed.

24          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25  Plaintiff by certified mail, return receipt requested.

26          DATED this  9th  day of September, 2010.

27

28                                              _____
                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge